IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

JUN 1 1 2009

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                               Criminal Action No. 5:06CR38

BARBARA JONES,
    Defendant.

## ORDER DIRECTING CLERK TO WRITE OFF CRIMINAL MONETARY PENALTY AND TO CLOSE CRIMINAL CASE

This day there appeared the Plaintiff, the United States of America, by Alan G. McGonigal, Assistant United States Attorney for the Northern District of West Virginia, on the motion of the United States pursuant to the provisions of 18 U.S.C. § 3613 for an Order directing the Clerk of Court to write off the unpaid portion of the criminal monetary penalty imposed in this matter and further directing the Clerk to close the file due to the expiration of the debt upon the defendant's death.

Whereupon, the Court after duly considering said motion, is of the opinion that the United States is entitled to the relief sought in its said motion. It is therefore ORDERED that the Clerk shall write off the unpaid portion of the restitution debt imposed in this matter pursuant to the provisions of 18 U.S.C. § 3613 due to the death of the defendant on June 28, 2007.

It is also ORDERED that the Clerk shall close the file in accordance with this ruling.

ENTERED this 11th day of June, 2009.

_Frederick P. Stamp_
United States District Judge